2:24-mj-06288-DUTY

FILED
CLERK, U.S. DISTRICT COURT
Oct. 13, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ts___ DEPUTY

FINDING RE PROBABLE CAUSE

On October 13, 2024, at __10:20__ a.m./~~p.m.~~, Special Agent Adam Parada of Homeland Security Investigations appeared before me telephonically regarding the probable cause arrest of defendant SAULO BISMARK TUGAVAO SOE, occurring on or about October 12, 2024, in Los Angeles, California.

Having reviewed Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists**/~~**does not exist**~~ probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/_X_/ It is ordered that defendant SAULO BISMARK TUGAVAO SOE be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on __October 15, 2024__.

/____/ It is ordered that defendant SAULO BISMARK TUGAVAO SOE be discharged from custody on this charge forthwith.

DATED: October 13, 2024, at __10:20__ a.m./~~p.m.~~

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE